Michael I. Wayne, Esq. (CSB # 169840)
mwayne@gglts.com
Gary E. Scalabrini, Esq. (CSB # 161902)
gscalabrini@gglts.com
GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for Defendants
ELAINE K. MOORE and MARK PELUSO

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN T. HARDISTY,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD MAXINE MOORE; ELAINE K. MOORE (aka MELANIE K. MOORE); STATE INSULATION, LLC, an Arizona limited liability company; STATE INSULATION, LLC, a Nevada limited liability company; THE 1998 HAROLD M. MOORE REVOCABLE TRUST; and MARK PELUSO, an individual,<br><br>Defendants. | Case No. 3:11-cv-01591-AJB-BLM<br><br>Assigned to Hon. Anthony J. Battaglia<br><br>**DEFENDANTS MELANIE MOORE AND MARK PELUSO'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**[Memorandum of Points and Authorities filed concurrently herewith]**<br><br>**[FRCP 12(b)(6)]**<br><br>Date: December 23, 2011<br>Time: 1:30 p.m.<br>Ctrm: 12 |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 1:30 p.m. on Friday, December 23, 2011, in Courtroom "12" of the United States District Court, Southern District of California, located at 940 Front Street, San Diego, California, Defendants ELAINE K. MOORE (aka MELANIE K. MOORE) ("Melanie Moore") and MARK PELUSO ("Peluso")

(Melanie Moore and Peluso shall collectively be referred to herein as the "Defendants"), will move and hereby do move the Court for an Order dismissing the second and fifth causes of action of the Amended Complaint filed by Plaintiff, JOHN T. HARDISTY ("Hardisty"). In particular, Defendants hereby move the Court as follows:

(i) Melanie Moore and Peluso move to dismiss the second cause of action for aiding and abetting breach of fiduciary duty pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the cause of action fails to state a claim upon which relief can be granted; and

(ii) Melanie Moore moves to dismiss the fifth cause of action for violation of the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961–1968, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the cause of action fails to state a claim upon which relief can be granted.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities filed concurrently herewith, and all pleadings, records, and files in this action.

DATED: October 12, 2011

Respectfully submitted,

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

By: s/ Gary E. Scalabrini

Gary E. Scalabrini
Attorneys for Defendants
ELAINE K. MOORE and MARK PELUSO
E-mail: gscalabrini@gglts.com

# FEDERAL PROOF OF SERVICE

*Hardisty v. Moore et al.*
Case No. 3:11-cv-01591-AJB-BLM

I, Gary E. Scalabrini, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Gibbs, Giden, Locher, Turner & Senet LLP, 1880 Century Park East, 12th Floor, Los Angeles, California 90067-1621. I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

On October 13, 2011, I served the document(s) described as **DEFENDANTS MELANIE MOORE AND MARK PELUSO'S NOTICE OF MOTION AND MOTION TO DISMISS**

The documents were served by the following means:

☒ **BY COURT'S CM/ECF SYSTEM:** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below:

Ali M.M. Mojdehi
Baker and Mackenzie
12544 High Bluff Drive
Third Floor
San Diego, CA 92130
Telephone: (858) 523-6200
Facsimile: (858) 259-8290
E-mail: Ali.Moidehi@bakermckenzie.com

I declare that I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 13, 2011, at Los Angeles, California.

s/ Gary E. Scalabrini
Gary E. Scalabrini
E-mail: gscalabrini@gglts.com

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP