Michael I. Wayne, Esq. (CSB # 169840)
mwayne@gglts.com
Gary E. Scalabrini, Esq. (CSB # 161902)
gscalabrini@gglts.com
GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for Defendants
ELAINE K. MOORE AND MARK PELUSO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN T. HARDISTY,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD MAXINE MOORE; ELAINE K. MOORE (aka MELANIE K. MOORE); STATE INSULATION, LLC, an Arizona limited liability company; STATE INSULATION, LLC, a Nevada limited liability company; THE 1998 HAROLD M. MOORE REVOCABLE TRUST; and MARK PELUSO, an individual,<br><br>Defendants. | Case No. 3:11-cv-01591-AJB-BLM<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date: December 23, 2011<br>Time: 1:30 p.m.<br>Ctrm: 12 |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants, Elaine K. Moore, aka Melanie K. Moore ("Melanie Moore") and Mark Peluso ("Peluso"), by and through their attorneys of record in the above-referenced case, hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of certain facts and documents. *See, Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001); *Mullis v. U.S. Bank Ct.*, 828 F.2d 1385,



GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

1388 n. 9 (9th Cir. 1987) (a court may properly take judicial notice of the contents of public records or court files). The document, attached hereto as Exhibit "1" is as follows:

1. Judgment per Stipulation as to Theresa K. Hardisty and Default Judgment as to John T. Hardisty in the action of Harold M. Moore v. John T. Hardisty, Theresa K. Hardisty and DOES 1 – 100, inclusive, Mono Superior Court Case No. 17081.

DATED: November 18, 2011 Respectfully submitted,

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

By: /s/ Gary E. Scalabrini
Gary E. Scalabrini
Attorneys for Defendants
ELAINE K. MOORE AND MARK PELUSO
email: gscalabrini@gglts.com

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

EXHIBIT "1"

FILED

AUG 01 2011

SUPERIOR COURT OF CALIFORNIA COUNTY OF MONO

BY

ENTERED

VOL 35 PAGE 306

JUDGMENT & DECREES

AUG 01 2011

MONO COUNTY Superior Court

Michael I. Wayne, Esq. (CSB # 169840)
mwayne@gglts.com
Bryan M. Gragg, Esq. (CSB # 271836)
bgragg@gglts.com
**GIBBS, GIDEN, LOCHER, TURNER & SENET LLP**
**1880 Century Park East, 12th Floor**
**Los Angeles, California 90067-1621**
**(310) 552-3400**
**Fax (310) 552-0805**
(2819.007)

Attorneys for Plaintiff
HAROLD M. MOORE

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF MONO**

HAROLD M. MOORE,

Plaintiff,

v.

JOHN T. HARDISTY, TERESA K. HARDISTY and DOES 1-100, inclusive,

Defendants.

Case No.: 17081

[Unlimited Jurisdiction]

**~~[PROPOSED]~~ JUDGMENT PER STIPULATION AS TO TERESA K. HARDISTY AND DEFAULT JUDGMENT AS TO JOHN T. HARDISTY**

**Trial Date: June 16, 2011**
**Time: 1:30 p.m.**

On June 16, 2011 at 1:30 p.m., the above-entitled matter was assigned for bench trial to the Hon. Stan Eller in Department 1 of the above-entitled Court. Michael I. Wayne appeared on behalf of Plaintiff, HAROLD M. MOORE. Defendant TERESA K. HARDISTY appeared in propria persona and Defendant JOHN T. HARDISTY did not appear.

At that time, Defendant TERESA K. HARDISTY stipulated to judgment in the following amounts: (1) principal $140,000.00; (2) accrued interest per the terms of the



GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

subject promissory notes from September 1, 2010; (3) MOORE's actual attorney's fees to be submitted to the Court; and (4) MOORE's recoverable costs. As to Defendant JOHN T. HARDISTY, Plaintiff conducted a default prove up before the Judge. After hearing all the evidence and argument, this matter was submitted to the Court for determination on June 16, 2011.

Based upon the foregoing and upon the Memorandum of Costs submitted by Plaintiff, and per the Court's Civil Minutes filed on June 27, 2011, the Court hereby enters judgment in favor of Plaintiff, HAROLD M. MOORE, on his Complaint and against Defendants, JOHN T. HARDISTY and TERESA K. HARDISTY, jointly and severally, as follows:

| | |
|---|---|
| (1) Principal | $140,000.00 |
| (2) Interest | $ 15,050.95 |
| (3) Attorney's Fees | $ 9,819.50 |
| (4) Costs | $ 1,705.87 |
| TOTAL JUDGMENT | $166,576.32 |

Any amounts exceeding $150,000.00 will be held liable to Defendant JOHN T. HARDISTY, per the Court's Civil Minutes filed on June 27, 2011. Further, if the sum of at least $150,000.00 has not been paid by the Defendants to the Plaintiff on or before October 12, 2011 (120 days from the date of trial as per the Court's Civil Minutes filed on June 27, 2011), the Court orders that the trust deed be foreclosed, that the property located at 355 Monterey Pine Drive, Mammoth Lakes, California 93546 and legally described as Lot 52 Mammoth Vista, Unit 1, in the Town of Mammoth Lakes, County of Mono, State of California, as per Map recorded in Book 7, Page 8 of Maps, in the Office of the County Recorder of said county, Assessor's Parcel Number 32-020-73 (the "Property"), be sold according to law by a levying officer to be appointed by the Court, that the proceeds of the



GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

sale be applied in payment of the amounts due to plaintiff, that each defendant and all persons claiming under each defendant, after execution of plaintiff's trust deed, whether as lien claimant, judgment creditor, claimant under a junior trust deed, purchaser, lienholder, or otherwise, be barred and foreclosed from all rights, claims, interests, or equity of redemption in the Property and every part of the Property when time for redemption has elapsed.

THE CLERK IS ORDERED TO ENTER THE JUDGMENT.

DATED: 8/1/2011

By: ______________________
Judge of the Superior Court

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

SUPERIOR COURT
COUNTY OF MONO
OF CALIFORNIA

The foregoing instrument is a full, true and correct copy of the original on file in this office.

Attest NOV 1 5 2011,

The Superior Court of the State of California, in and for the County of Mono.

By ______________________, Deputy

JUD-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, state bar number, and address*):
MICHAEL I. WAYNE, Esq., CSB #169840
GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1880 Century Park East, 12th Floor
Los Angeles, CA 90067-1621

TELEPHONE NO.: 310-552-3400 FAX NO. (*Optional*): 310-552-0805
E-MAIL ADDRESS (*Optional*): MWAYNE@GGLTS.COM
ATTORNEY FOR (*Name*): Plaintiff, HAROLD M. MOORE

FOR COURT USE ONLY

AUG 01 2011
SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO
BY [signature]

ENTERED
VOL. 35 PAGE 299
JUDGMENT & DECREES
AUG 01 2011
MONO COUNTY
Superior Court
By [signature]

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONO
STREET ADDRESS:
MAILING ADDRESS: 452 Old Mammoth Road, Sierra Center,
CITY AND ZIP CODE: Mammoth Lakes, CA 93546
BRANCH NAME: South County Branch

PLAINTIFF: HAROLD M. MOORE

DEFENDANT: JOHN T. HARDISTY

## JUDGMENT

[ ] By Clerk [X] By Default [ ] After Court Trial
[X] By Court [ ] On Stipulation [X] Defendant Did Not Appear at Trial

CASE NUMBER: 17081

## JUDGMENT

1. [X] **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. [ ] **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. [X] **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) [X] plaintiff's testimony and other evidence.
      (2) [ ] plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. [ ] **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. [ ] the signed written stipulation was filed in the case.
   c. [ ] the stipulation was stated in open court [ ] the stipulation was stated on the record.

3. [X] **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (*date and time*): June 16, 2011 at 1:30 p.m.
   before (*name of judicial officer*): the Hon. Stan Eller
   b. Appearances by:

   [X] Plaintiff (*name each*):
   (1) Harold M. Moore
   (2)

   [X] Plaintiff's attorney (*name each*):
   (1) Michael I. Wayne
   (2)

   [ ] Continued on Attachment 3b.

   [X] Defendant (*name each*):
   (1) John T. Hardisty
   (2)

   [ ] Defendant 's attorney (*name each*):
   (1)
   (2)

   [ ] Continued on Attachment 3b.

   c. [X] Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. [ ] A statement of decision (Code Civ. Proc., § 632) [ ] was not [ ] was requested.

VOL 35 PAGE 300

| | |
|---|---|
| PLAINTIFF: HAROLD M. MOORE<br>DEFENDANT: JOHN T. HARDISTY | CASE NUMBER:<br>17081 |

JUDGMENT IS ENTERED AS FOLLOWS BY: ☐ THE COURT ☐ THE CLERK

4. ☐ **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

a. ☒ for plaintiff *(name each)*: HAROLD M. MOORE

and against defendant *(names)*: JOHN T. HARDISTY

☐ Continued on Attachment 5a.

b. ☐ for defendant *(name each)*:

c. ☐ for cross-complainant *(name each)*:

and against cross-defendant *(name each)*:

☐ Continued on Attachment 5c.

d. ☐ for cross-defendant *(name each)*:

6. **Amount.**

a. ☒ Defendant named in item 5a above must pay plaintiff on the complaint:

| | | | |
|---|---|---|---|
| (1) | ☒ | Damages | $ 140,000.00 |
| (2) | ☒ | Prejudgment interest at the annual rate of 12 % | $ 15,050.95 |
| (3) | ☒ | Attorney fees | $ 9,819.50 |
| (4) | ☒ | Costs | $ 1,705.87 |
| (5) | ☐ | Other *(specify)*: | $ 0.00 |
| (6) | | **TOTAL** | $ 166,576.32 |

c. ☐ Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | |
|---|---|---|---|
| (1) | ☐ | Damages | $ 0.00 |
| (2) | ☐ | Prejudgment interest at the annual rate of % | $ 0.00 |
| (3) | ☐ | Attorney fees | $ 0.00 |
| (4) | ☐ | Costs | $ 0.00 |
| (5) | ☐ | Other *(specify)*: | $ 0.00 |
| (6) | | **TOTAL** | $ 0.00 |

b. ☐ Plaintiff to receive nothing from defendant named in item 5b.

☐ Defendant named in item 5b to recover costs $ 0.00

☐ and attorney fees $ 0.00

d. ☐ Cross-complainant to receive nothing from cross-defendant named in item 5d.

☐ Cross-defendant named in item 5d to recover costs $ 0.00

☐ and attorney fees $ 0.00

7. ☐ Other *(specify)*:

Date: 8/1/11 ☐ [signature] JUDICIAL OFFICER

the Hon. Stan Eller

Date: ☐ Clerk, by ______________________, Deputy

Sharon Oliveira

**CLERK'S CERTIFICATE** *(Optional)*

(SEAL) SUPERIOR COURT COUNTY OF MONO OF CALIFORNIA

I certify that this is a true copy of the original judgment on file in the court.

Date: NOV 15 2011

HECTOR GONZALEZ, JR.

Clerk, by [signature], Deputy

FILED

JUD-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
MICHAEL I. WAYNE, Esq., CSB #169840
GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1880 Century Park East, 12th Floor
Los Angeles, CA 90067-1621

TELEPHONE NO.: 310-552-3400 FAX NO. (Optional): 310-552-0805
E-MAIL ADDRESS (Optional): MWAYNE@GGLTS.COM
ATTORNEY FOR (Name): Plaintiff, HAROLD M. MOORE

FOR COURT USE ONLY

AUG 01 2011
SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO
BY

ENTERED
35 PAGE 301
JUDGMENT & DECREES
AUG 01 2011
MONO COUNTY
Superior Court
By

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONO
STREET ADDRESS:
MAILING ADDRESS: 452 Old Mammoth Road, Sierra Center,
CITY AND ZIP CODE: Mammoth Lakes, CA 93546
BRANCH NAME: South County Branch

PLAINTIFF: HAROLD M. MOORE

DEFENDANT: JOHN T. HARDISTY

## JUDGMENT

- [ ] By Clerk
- [x] By Court
- [ ] By Default
- [x] On Stipulation
- [x] After Court Trial
- [ ] Defendant Did Not Appear at Trial

CASE NUMBER: 17081

## JUDGMENT

1. [ ] **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. [ ] **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. [ ] **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) [ ] plaintiff's testimony and other evidence.
      (2) [ ] plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. [x] **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. [ ] the signed written stipulation was filed in the case.
   c. [x] the stipulation was stated in open court [ ] the stipulation was stated on the record.

3. [x] **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time):* June 16, 2011 at 1:30 p.m.
      before *(name of judicial officer):* the Hon. Stan Eller
   b. Appearances by:
      [ ] Plaintiff *(name each):*
      (1) Harold M. Moore
      (2)
      [x] Plaintiff's attorney *(name each):*
      (1) Michael I. Wayne, Esq.
      (2)
      [ ] Continued on Attachment 3b.
      [x] Defendant *(name each):*
      (1) Teresa K. Hardisty
      (2)
      [ ] Defendant 's attorney *(name each):*
      (1)
      (2)
      [ ] Continued on Attachment 3b.
   c. [ ] Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. [ ] A statement of decision (Code Civ. Proc., § 632) [ ] was not [ ] was requested.

VOL 35 PAGE 302

| PLAINTIFF: HAROLD M. MOORE<br>DEFENDANT: JOHN T. HARDISTY | CASE NUMBER:<br>17081 |
|---|---|

JUDGMENT IS ENTERED AS FOLLOWS BY: [x] THE COURT [ ] THE CLERK

4. [x] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

a. [x] for plaintiff *(name each):* HAROLD M. MOORE

and against defendant *(names):* TERESA K. HARDISTY

[ ] Continued on Attachment 5a.

b. [ ] for defendant *(name each):*

c. [ ] for cross-complainant *(name each):*

and against cross-defendant *(name each):*

[ ] Continued on Attachment 5c.

d. [ ] for cross-defendant *(name each):*

6. **Amount.**

a. [x] Defendant named in item 5a above must pay plaintiff on the complaint:

| | | | |
|---|---|---|---|
| (1) | [ ] | Damages | $ 0.00 |
| (2) | [ ] | Prejudgment interest at the annual rate of % | $ 0.00 |
| (3) | [ ] | Attorney fees | $ 0.00 |
| (4) | [ ] | Costs | $ 0.00 |
| (5) | [x] | Other *(specify):* NOT TO EXCEED | $ 150,000.00 |
| (6) | | **TOTAL** | $ 150,000.00 |

c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | |
|---|---|---|---|
| (1) | [ ] | Damages | $ 0.00 |
| (2) | [ ] | Prejudgment interest at the annual rate of % | $ 0.00 |
| (3) | [ ] | Attorney fees | $ 0.00 |
| (4) | [ ] | Costs | $ 0.00 |
| (5) | [ ] | Other *(specify):* | $ 0.00 |
| (6) | | **TOTAL** | $ 0.00 |

b. [ ] Plaintiff to receive nothing from defendant named in item 5b.

[ ] Defendant named in item 5b to recover costs $ 0.00

[ ] and attorney fees $ 0.00

d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.

[ ] Cross-defendant named in item 5d to recover costs $ 0.00

[ ] and attorney fees $ 0.00

7. [X] Other *(specify):* See Civil Minutes filed June 27, 2011, a copy of which is attached hereto.

Date: 8/1/11

JUDICIAL OFFICER
the Hon. Stan Eller

Date: [ ] Clerk, by __________ , Deputy
Sharon Oliveira

**CLERK'S CERTIFICATE** *(Optional)*

(SEAL) SUPERIOR COURT COUNTY OF MONO OF CALIFORNIA

I certify that this is a true copy of the original judgment on file in the court.

Date: NOV 15 2011

HECTOR GONZALEZ, JR.
Clerk, by __________ , Deputy

# FEDERAL PROOF OF SERVICE

*Hardisty v. Moore et al.*
Case No. 3:11-cv-01591-AJB-BLM

I, Gary E. Scalabrini, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Gibbs, Giden, Locher, Turner & Senet LLP, 1880 Century Park East, 12th Floor, Los Angeles, California 90067-1621. I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

On November 18, 2011, I served the document(s) described as **REQUEST FOR JUDICIAL NOTICE**

The documents were served by the following means:

☒ **BY COURT'S CM/ECF SYSTEM:** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below:

Ali M.M. Mojdehi
Baker and Mackenzie
12544 High Bluff Drive
Third Floor
San Diego, CA 92130
Telephone:(858) 523-6200
Facsimile: (858) 259-8290
Email: Ali.Mojdehi@bakermckenzie.com

William B. Federman
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
Email: wbf@federmanlaw.com

Joshua D. Wells
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
Email: jdw@federmanlaw.com

I declare that I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 18, 2011, at Los Angeles, California.

s/ Gary E. Scalabrini
Gary E. Scalabrini
Email: gscalabrini@gglts.com

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP