Michael I. Wayne, Esq. (CSB # 169840)
mwayne@gglts.com
Gary E. Scalabrini, Esq. (CSB # 161902)
gscalabrini@gglts.com
GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for Defendants

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN T. HARDISTY,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD MAXINE MOORE; ELAINE K. MOORE (aka MELANIE K. MOORE); STATE INSULATION, LLC, an Arizona limited liability company; STATE INSULATION, LLC, a Nevada limited liability company; THE 1998 HAROLD M. MOORE REVOCABLE TRUST; and MARK PELUSO, an individual,<br><br>Defendants. | Case No. 3:11-cv-01591-AJB-BLM<br><br>Assigned to Hon. Anthony J. Battaglia<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**[Memorandum of Points and Authorities filed concurrently herewith]**<br><br>**[FRCP 12(b)(6)]**<br><br>Date: April 20, 2012<br>Time: 1:30 p.m.<br>Ctrm: 12 |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 1:30 p.m. on April 20, 2012, in Courtroom "12" of the United States District Court, Southern District of California, located at 940 Front Street, San Diego, California, Defendants, Harold Maxine Moore ("Hal Moore"), State Insulation, LLC, an Arizona limited liability company ("State

Insulation – Arizona"), State Insulation, LLC, a Nevada limited liability company ("State Insulation – Nevada"), The 1998 Harold M. Moore Revocable Trust (the "Trust")and Elaine K. Moore, aka Melanie K. Moore ("Melanie Moore") (collectively referred to as the "Defendants"), will move and hereby do move the Court for an Order dismissing the First, Fourth, Fifth, Seventh and Ninth Causes of Action of the Second Amended Complaint filed by Plaintiff, JOHN T. HARDISTY ("Hardisty"). In particular, Defendants hereby move the Court as follows:

(i) Hal Moore moves to dismiss the first cause of action for breach of a specific promise to answer for the debt of another pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the cause of action fails to state a claim upon which relief can be granted;

(ii) Hal Moore and Melanie Moore move to dismiss the fourth cause of action for constructive fraud, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the cause of action fails to state a claim upon which relief can be granted;

(iii) Defendants move to dismiss the fifth cause of action for violation of the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961–1968, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the cause of action fails to state a claim upon which relief can be granted.

(iv) Hal Moore moves to dismiss the seventh cause of action for material representation in the purchase or sale of a security in violation of section 25401 of the California Corporations Code, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the cause of action fails to state a claim upon which relief can be granted.

(v) Defendants move to dismiss the ninth cause of action for abuse of process, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the cause of action fails to state a claim upon which relief can be granted.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities filed concurrently herewith, and all pleadings, records, and files in this action.

DATED: February 21, 2011

Respectfully submitted,

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

By: s/ Gary E. Scalabrini

Gary E. Scalabrini
Attorneys for Defendants
E-mail: gscalabrini@gglts.com

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

# SERVICE OF PROCESS- CERTIFICATE OF SERVICE

*John T. Hardisty v. Harold Maxine Moore, et al.,*
**Case No. 03:11-CV-01591-AJB-BLM**

I, Gary E. Scalabrini, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Gibbs, Giden, Locher, Turner & Senet LLP, 1880 Century Park East, 12th Floor, Los Angeles, California 90067-1621. On February 21, 2012, I served the document(s) described as **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** as follows:

☒ **BY ELECTRONIC CASE FILING:** Pursuant to the U.S. District Court, Southern District, Electronic Case Filing, I hereby certify that the above document(s) were uploaded to the CM/ECF Website at https://ecf.casd.uscourts.gov/cgi-bin/login.pl addressed to all parties appearing on the electronic service list for the above-entitled case. The service transmission was reported as complete and a copy of the confirmation page will be maintained in this office.

☒ **[Federal]** I declare that I am a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct

Executed on February 21, 2012, at Los Angeles, California.

s/ Gary E. Scalabrini

Gary E. Scalabrini, Esq.

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP