Michael I. Wayne, Esq. (CSB # 169840)
mwayne@gglts.com
Gary E. Scalabrini, Esq. (CSB # 161902)
gscalabrini@gglts.com
GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN T. HARDISTY,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD MAXINE MOORE; ELAINE K. MOORE (aka MELANIE K. MOORE); STATE INSULATION, LLC, an Arizona limited liability company; STATE INSULATION, LLC, a Nevada limited liability company; THE 1998 HAROLD M. MOORE REVOCABLE TRUST; and MARK PELUSO, an individual,<br><br>Defendants. | Case No. 3:11-cv-01591-AJB-BLM<br><br>Assigned to Hon. Anthony J. Battaglia<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND TO STRIKE PORTIONS OF THE THIRD AMENDED COMPLAINT**<br><br>**[Memorandum of Points and Authorities filed concurrently herewith]**<br><br>**[FRCP 12(b)(6) and 12(f)]**<br><br>Date: October 12, 2012<br>Time: 1:30 p.m.<br>Ctrm: 12 |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 1:30 p.m. on October 12, 2012, in Courtroom "12" of the United States District Court, Southern District of California, located at 940 Front Street, San Diego, California, Defendant, HAROLD MAXINE



GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

MOORE ("Hal Moore") will move and hereby does move the Court for an order dismissing the first and tenth causes of action of the Third Amended Complaint filed by Plaintiff, JOHN T. HARDISTY ("Hardisty"). In particular, Defendant Hal Moore hereby moves the Court as follows:

(i) Hal Moore moves to dismiss the first cause of action for breach of a specific promise to answer for the debt of another pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the cause of action fails to state a claim upon which relief can be granted; and

(ii) Hal Moore moves to dismiss the tenth cause of action for federal securities fraud in violation of 15 U.S.C. § 78j(b), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the cause of action fails to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE THAT Defendants, Hal Moore, State Insulation, LLC, an Arizona limited liability company ("State Insulation – Arizona"), State Insulation, LLC, a Nevada limited liability company ("State Insulation – Nevada"), The 1998 Harold M. Moore Revocable Trust (the "Trust") and Elaine K. Moore, aka Melanie K. Moore ("Melanie Moore") (collectively referred to as the "Defendants"), move this Court for an order to strike certain portions of the Third Amended Complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, which gives the Court authority to strike any redundant, immaterial, impertinent, or scandalous matters. In particular, Defendants move to strike the phrase "and violations of the R.I.C.O. statute", at line 4 on page 99 of the Third Amended Complaint.

///

///

///

///

///

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities filed concurrently herewith, and all pleadings, records, and files in this action.

DATED: June 19, 2012

Respectfully submitted,

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

By: s/ Gary E. Scalabrini

Gary E. Scalabrini
Attorneys for Defendants
E-mail: gscalabrini@gglts.com

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP