**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN T. HARDISTY,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD MAXINE MOORE; ELAINE K. MOORE (aka MELANIE K. MOORE); STATE INSULATION, LLC, an Arizona limited liability company; STATE INSULATION, LLC, a Nevada limited liability company; THE 1998 HAROLD M. MOORE REVOCABLE TRUST; and MARK PELUSO, an individual,<br><br>Defendants. | Case No. 3:11-cv-01591-AJB-BLM<br><br>Assigned to Hon. Anthony J. Battaglia<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND TO STRIKE PORTIONS OF THE THIRD AMENDED COMPLAINT**<br><br>**[FRCP 12(b)(6) AND 12(F)]** |

The Court, having considered the motion of Defendant, HAROLD MAXINE MOORE ("Hal Moore") to dismiss the first and tenth causes of action of the Third Amended Complaint filed by Plaintiff, JOHN T. HARDISTY ("Hardisty"), and the motion of Defendants, Hal Moore, State Insulation, LLC, an Arizona limited liability company ("State Insulation – Arizona"), State Insulation, LLC, a Nevada limited liability company ("State Insulation – Nevada"), The 1998 Harold M. Moore Revocable Trust (the "Trust") and Elaine K. Moore, aka Melanie K. Moore

("Melanie Moore") (collectively referred to as the "Defendants"), to strike certain portions of the Third Amended Complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, for good cause, hereby orders that the Motions be, and hereby are, GRANTED.

IT IS THEREFORE ORDERED that:

(i) The first cause of action for breach of a specific promise to answer for the debt of another is dismissed, with prejudice and without leave to amend;

(ii) The tenth cause of action for federal securities fraud in violation of 15 U.S.C. § 78j(b), is dismissed, with prejudice and without leave to amend; and

(iii) The phrase "and violations of the R.I.C.O. statute", at line 4 on page 99 of the Third Amended Complaint is hereby stricken.

IT IS SO ORDERED.

Dated: ________________ By: ___________________________________

Hon. Anthony J. Battaglia
Judge, United States District Court