# SERVICE OF PROCESS- CERTIFICATE OF SERVICE

***John T. Hardisty v. Harold Maxine Moore, et al.,***
**Case No. 03:11-CV-01591-AJB-BLM**

I, Gary E. Scalabrini, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Gibbs, Giden, Locher, Turner & Senet LLP, 1880 Century Park East, 12th Floor, Los Angeles, California 90067-1621. On June 20, 2012, I served the document(s) described as **(i) DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND TO STRIKE PORTIONS OF THE THIRD AMENDED COMPLAINT; (ii) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE PORTIONS OF THE THIRD AMENDED COMPLAINT; and, (iii) [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND TO STRIKE PORTIONS OF THE THIRD AMENDED COMPLAINT** as follows:

☒ **BY ELECTRONIC CASE FILING:** Pursuant to the U.S. District Court, Southern District, Electronic Case Filing, I hereby certify that the above document(s) were uploaded to the CM/ECF Website at https://ecf.casd.uscourts.gov/cgi-bin/login.pl addressed to all parties appearing on the electronic service list for the above-entitled case. The service transmission was reported as complete and a copy of the confirmation page will be maintained in this office.

☒ **[Federal]** I declare that I am a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct

Executed on June 20, 2012, at Los Angeles, California.

s/ Gary E. Scalabrini

Gary E. Scalabrini, Esq.



GIBBS, GIDEN, LOCHER, TURNER & SENET LLP