Michael I. Wayne, Esq. (CSB # 169840)
mwayne@gglts.com
Gary E. Scalabrini, Esq. (CSB # 161902)
gscalabrini@gglts.com
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for Defendants,
HAROLD MAXINE MOORE,
ELAINE K. MOORE, *et al.*

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JOHN T. HARDISTY,

Plaintiff,

v.

HAROLD MAXINE MOORE; ELAINE K. MOORE (aka MELANIE K. MOORE); STATE INSULATION, LLC, an Arizona limited liability company; STATE INSULATION, LLC, a Nevada limited liability company; THE 1998 HAROLD M. MOORE REVOCABLE TRUST; and MARK PELUSO, an individual,

Defendants.

Related Counter-Claims.

Case No. 3:11-cv-01591-AJB-BLM

**NOTICE OF DEFENDANTS' MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: January 23, 2014
Time: 2:00 p.m.
Ctrm: 3B

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 2:00 p.m. on January 23, 2014, in Courtroom "3B" of the United States District Court, Southern District of California, located at

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

221 West Broadway, San Diego, CA 92101, Defendants, Harold Maxine Moore ("Hal Moore"), Elaine K. Moore, aka Melanie K. Moore ("Melanie Moore"), State Insulation, LLC, an Arizona limited liability company ("State Insulation – Arizona"), State Insulation, LLC, a Nevada limited liability company ("State Insulation – Nevada"), The 1998 Harold M. Moore Revocable Trust (the "Trust"), and Mark Peluso ("Peluso") (collectively referred to as the "Defendants") will move and hereby do move the Court for an order for summary judgment, or in the alternative, partial summary judgment, pursuant to pursuant to Rule 56 of the Federal Rules of Civil Procedure. This motion is made on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law for the reasons set forth in the Defendants' Memorandum of Points and Authorities filed concurrently herewith.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declarations of Defendants Harold Moore and Melanie Moore, the Separate Statement of Uncontroverted Material Facts, and all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: November 22, 2013

GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP

By: Gary E. Scalabrini
Gary E. Scalabrini
Attorneys for Defendants,
HAROLD MAXINE MOORE, et al.

# FEDERAL PROOF OF SERVICE

*Hardisty v. Moore et al.*
Case No. 3:11-cv-01591-AJB-BLM

I, Gary E. Scalabrini, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Gibbs, Giden, Locher, Turner & Senet LLP, 1880 Century Park East, 12th Floor, Los Angeles, California 90067-1621. I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

On November 22, 2013, I served the document(s) described as:
**NOTICE OF DEFENDANTS' MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

The documents were served by the following means:

☒ **BY COURT'S CM/ECF SYSTEM:** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below:

Ali M.M. Mojdehi
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
(858) 550-6055
amojdehi@cooley.com

William B. Federman
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
Email: wbf@federmanlaw.com

I declare that I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 22, 2013, at Los Angeles, California.

s/ Gary E. Scalabrini
Gary E. Scalabrini
Email: gscalabrini@gglts.com

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP