Michael I. Wayne, Esq. (CSB # 169840)
mwayne@gglts.com
Gary E. Scalabrini, Esq. (CSB # 161902)
gscalabrini@gglts.com
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for Counterclainant and Defendants,
HAROLD MAXINE MOORE,
ELAINE K. MOORE, *et al.*

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN T. HARDISTY,<br>Plaintiff,<br>v.<br>HAROLD MAXINE MOORE; ELAINE K. MOORE (aka MELANIE K. MOORE); STATE INSULATION, LLC, an Arizona limited liability company; STATE INSULATION, LLC, a Nevada limited liability company; THE 1998 HAROLD M. MOORE REVOCABLE TRUST; and MARK PELUSO, an individual,<br>Defendants.<br><br>Related Counter-Claims. | Case No. 3:11-CV-01591-BAS-BLM<br>Assigned to: Hon. Cynthia Bashant<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**<br>Fed.R.Civ.P. 68 |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Counterclaimant, HAROLD MAXINE MOORE ("Counterclaimant"), by and through his attorneys of record, hereby notifies the Court and Counterdefendant, JOHN T. HARDISTY ("Counterdefendant") that Counterclaimant hereby accepts

the Offer of Judgment served by Counterdefendant pursuant to Rule 68 of the Federal Rules of Civil Procedure. A copy of the Offer of Judgment is attached hereto as Exhibit 1.

DATED: September 9, 2014 GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: /s/ Gary E. Scalabrini
Gary E. Scalabrini
Attorneys for Counterclaimant and Defendants, HAROLD MAXINE MOORE, et al.

Exhibit "1"

COOLEY LLP
ALI M. M. MOJDEHI (123846)
(AMOJDEHI@COOLEY.COM)
JANET D. GERTZ (231172)
(JGERTZ@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

William B. Federman, Esq.
(*admitted pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73008
Phone: 405.235.1560
Fax: 405.239.2112
wbf@federmanlaw.com
jdw@federmanlaw.com

Attorneys for Plaintiff
John Hardisty

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

John Hardisty,

Plaintiff,

v.

Harold Maxine Moore, et al.,

Defendants.

No. 11cv1591 BAS (BLM)

Assigned to Hon. Cynthia A. Bashant

**COUNTER-DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

TRIAL
Date: September 16, 2014
Time: 9:00 a.m.
Courtroom: 4B

TO COUNTERCLAIMANT HAROLD M. MOORE AND HIS ATTORNEYS OF RECORD:

Counter-Defendant JOHN T. HARDISTY ("Counter-Defendant") hereby offers to allow entry of judgment to be taken against him pursuant to Rule 68 of the

Federal Rules of Civil Procedure as follows: a judgment in favor of counterclaimant HAROLD M. MOORE ("Counterclaimant") and against Counter-Defendant in the sum of $750,000.00 (Seven Hundred Fifty Thousand dollars and zero cents) (the "Offer Amount"), to be paid from the payment bond issued by Great American Insurance Company (the "Bond"), which Offer Amount is currently being held in the registry of the Chancery Court for Knox County, Tennessee (the "Tennessee Court") and the subject of that certain interpleader action pending in the Tennessee Court styled *Great Am. Ins. Co. v. State Insulation, LLC*, Case No. 181402-3 (the "Tennessee Action"). To be clear, the Offer Amount shall be paid from the Bond. This shall be the total amount to be paid on account of any liability claimed by Counterclaimant in the above-captioned action (the "Federal Action"), including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses and costs of suit otherwise recoverable in this action by Counterclaimant.

As a condition of Counterclaimant's acceptance of the Offer Amount, the Tennessee Action, including cross-claims and counterclaims brought by any party, shall be dismissed in their entirety, with prejudice.

To accept this offer, Counterclaimant must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

If Counterclaimant does not accept this offer within the 14-day period, this offer shall be deemed withdrawn in accordance with Rule 68(b) of the Federal Rules of Civil Procedure, and Counterclaimant may become obligated to pay Counter-Defendant's costs incurred after the making of this offer.

This offer is not an admission of liability by Counter-Defendant or an admission that Counterclaimant has suffered any damage, but rather is made solely for the purpose of compromising a disputed claim.

This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated: August 29, 2014

COOLEY LLP
ALI M. M. MOJDEHI (123846)
JANET D. GERTZ (231172)

By: /s/ Ali M. M. Mojdehi
Ali M. M. Mojdehi (123846)

Attorneys for Counter-Defendant
John Hardisty

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

**HARDISTY v. MOORE et al.**
**Case No. 3:11-cv-01591-BAS-BLM**

I, Gary E. Scalabrini, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Gibbs Giden Locher Turner Senet & Wittbrodt LLP, 1880 Century Park East, 12th Floor, Los Angeles, California 90067-1621. On September 9, 2014, I served the document(s) described as follows:

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

☒ **BY ELECTRONIC SERVICE** I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system and that participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☒ [Federal] I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 9, 2014, at Los Angeles, California.

/s/ Gary E. Scalabrini

Gary E. Scalabrini